377 A.2d 1004

Trumbull, Appellant, v. Paris Linen and Decorating Shops, Inc., et al.

630

Argued June 17, 1977. Joseph Lurie, with him Galfand, Berger, Senesky, Lurie and March, for appellant; John P. Knox, with him Curtis Wright, for appellees.

Order affirmed.